UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY WILLIAM MAGEE,<br><br>   Petitioner,<br><br>   v.<br><br>JAMES ENGELMAN, Warden,<br><br>   Respondent. | Case No. 2:22-08686 GW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Response to Order for Briefing on Mootness (Dkt. No. 7), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10), and all the records and files herein.  No objections were filed, and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The Court accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10);

2. The Petition is denied and this case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: May 11, 2023

_____
THE HONORABLE GEORGE H. WU
United States District Judge