JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY WILLIAM MAGEE, | Case No. 2:22-08686 GW (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES ENGELMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the case is dismissed with prejudice.

DATED: May 11, 2023

_____
THE HONORABLE GEORGE H. WU
United States District Judge